No. 74–446. Local 300, Laborers' International Union of North America, et al. v. Magallanes et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–491. Schneider v. United States; and

No. 74–5608. Dace v. United States. C. A. 8th Cir. Certiorari denied. Reported below: 502 F. 2d 897.

No. 74–526. Stollings v. United States. C. A. 4th Cir. Certiorari denied.

No. 74–530. Lawhon v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–560. Rendon et al. v. District of Columbia Board of Elections. Ct. App. D. C. Certiorari denied.

No. 74–565. Breier et al. v. Bence et al. C. A. 7th Cir. Certiorari denied.

No. 74–618. Morse v. Wilson, Warden. C. A. 10th Cir. Certiorari denied.

No. 74–624. Fenner v. Strickland. Sup. Ct. Neb. Certiorari denied.

No. 74–626. Continental Illinois National Bank & Trust Company of Chicago v. O'Brien et al. C. A. 7th Cir. Certiorari denied.

No. 74–631. Eddie Dassin, Inc. v. Eastern Airlines, Inc. C. A. 9th Cir. Certiorari denied.

No. 74–644. Association of Motion Picture & Television Producers, Inc., et al. v. Knopf et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.